

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

White Rock Exploration, Inc., and Richard
L. Clay, Individually, Appellants

No. 06-20-00005-CV        v.

Freeman Mills, P.C., Jason R. Mills,
Individually, Vance P. Freeman,
Individually, and Graham K. Simms,
Individually, Appellees

Appeal from the 241st District Court of
Smith County, Texas (Tr. Ct. No. 17-2914-
C). Opinion delivered by Justice Stevens,
Chief Justice Morriss and Justice Burgess
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's no-evidence summary judgment.

We further order that the appellants, White Rock Exploration, Inc., and Richard L. Clay, Individually, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 5, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk